IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Carol McLaughlin, | ) | Case No.: 5:20-cv-03048-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Andrew, SAUL, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above referenced Social Security case is before this Court upon Plaintiff's motion for attorney's fees in the amount of $2,961.56 and expenses in the amount of $21.15. Plaintiff filed this petition on July 2, 2021. Defendant filed a response on July 14, 2021, stating he does not object to the requested amount of attorney fees and costs under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $2,961.56 in attorney's fees and $21.15 in expenses under the EAJA.

**IT IS SO ORDERED.**

_____
Joseph Dawson, III
United States District Judge

Greenville, South Carolina
July 21, 2021